7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. 2:11-00021-CGC-11
)
) **INDIVIDUAL DEBTOR NOT ENGAGED IN**
GARY DANIEL MILLER ) **BUSINESS MONTHLY REPORT**
)
) MONTH OF: January
)
) DATE PETITION FILED: 1/3/2011
Debtor(s) )
) TAX PAYER ID NO. : 1717
(Debtor's Social Securtiy #) last 4 digits only

(Co-Debtor's Social Securtiy #)

Nature of Debtor's Business: _____ Real Estate
Nature of Co-Debtor's Business: _____

DATE DISCLOSURE STATEMENT FILED: _____ TO BE FILED TBD
DATE PLAN OF REORGANIZATION FILED: _____ TO BE FILED TBD

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY REPORT AND THE
ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

_[signature]_
ORIGINAL SIGNATURE OF DEBTOR | SIGNATURE OF CO-DEBTOR

GARY D MILLER
PRINTED NAME OF DEBTOR | PRINTED NAME OF CO-DEBTOR

2-15-2011
DATE | DATE

**PREPARER:**

ORIGINAL SIGNATURE OF PREPARER | TITLE

PRINTED NAME OF PREPARER | DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** GARY D MILLER
PHONE NUMBER: 602-750-1232
ADDRESS: 9920 S. Rural Rd., #108-24, Tempe, AZ 85284

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

Case Number: 2:11-00021-CGC-11

# CASH SUMMARY

| | Post-Petition Debtor-in-Possession Accounts | | | | TOTAL |
|---|---|---|---|---|---|
| | Cash | Checking | Savings | | |
| | #1604 | # | # | | |
| Balance at Beginning of Period | | | | | |
| **RECEIPTS** | | | | | |
| Wages - Debtor | | | | | |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Gifts (money) | | | | | |
| Spouse contribution | | | | | |
| Draw from STS Prop Group,LLC | 1800 | 1700 | | | 3500 |
| Transfers from Other DIP Accounts | | | | | |
| trsf from pre bk accnt | 31.89 | 150 | | | |
| | | | | | |
| **TOTAL RECEIPTS** | 1831.89 | 1850 | | | 3681.89 |
| | | | | | |
| **TOTAL DISBURSEMENTS** | 1701.75 | 872.39 | | | 2574.14 * |
| **Balance at End of Month** | 130.14 | 977.61 | | | 1107.75 |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name - Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements (from above) | 2,574.14 * |
| Plus: Payroll deductions (from page 4) | |
| Plus: Estate disbursements made by outside sources (payments from escrow; 2-party check; etc.) | 1,616.24 |
| Less: Transfers between debtor-in-possession bank accounts | |
| **Total Disbursements for Calculating Quarterly Fees** | 4,190.38 |

Page 2

02/16/2011

Case Number: 2:11-00021-CGC-11

# CASE STATUS QUESTIONAIRE

|   | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred during this reporting period? |  | X |
| 2. Have you made any payments to an attorney or accountant this month? |  | X |
| 3. Have any payments been made on prepetition liabilities during this reporting period? | X |  |
| 4. Have any post-petition loans been received by the debtor(s) from any party? |  | X |
| 5. Have any insurance policies or coverages expired? |  | X |
| 6. Are any post-petition real estate taxes past due? |  | X |
| 7. Have any pre-petition taxes been paid during this reporting period? |  | X |
| 8. Do you expect any significant income changes within the next 90 days? |  | X |
| 9. Are any U. S. Trustee quarterly fees delinquent? |  | X |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)
Paid vehicle insurance

What progress has been made, during the reporting period, towards reorganinzing your estate ?
administrative actions, reviewing claims

Page 3

02/16/2011

**DISBURSEMENT DETAIL**
(INDIVIDUAL DIP ACCOUNT)
Account#: x1604
Bank Name: US Bank

**Check / Electronic Disbursements**

| Date | Check Payee | Purpose | Amount |
|---|---|---|---|
| 1/20/11 | Cox | phone, internet, cable | 253.19 |
| 1/21/11 | Dr. Ben | dr. appt | 114 |
| 1/31/11 | Farmers Insurance | vehicle insurance | 505.2 |

**TOTAL CHECKING DISPUSEMENTS** 872.39

**DISBURSEMENT DETAIL**
(CASH)

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 1/11/11 | 7eleven | gas | 30 |
| 1/4/11 | QuickTrip | gas | 30 |
| 1/15/11 | E Bagratuni | child care | 480 |
| 1/17/11 | Valero | gas | 40 |
| 1/18/11 | I Miller | household contribution | 1000.00 |
| 1/21/11 | Abuelo's | food | 29.00 |
| 1/21/11 | Chevron | gas | 40.00 |
| 1/22/11 | Trader Joes | food | 7.12 |
| 1/25/11 | India Star | food | 25.00 |
| 1/26/11 | Circle K | gas | 10.00 |
| 1/27/11 | QuickTrip | gas | 9.54 |
| 1/27/11 | McDonalds | food | 1.09 |
| 1/27/11 | Circle K | gas | 40.00 |
| 1/29/11 | Quick Conv Chevron | gas | 20.00 |

**TOTAL CASH DISPURSEMENTS** 1701.75

**DISPURSEMENT DETAIL**
(MADE BY OUTSIDE SOURCES)

| Date | Source | Purpose | Amount |
|---|---|---|---|
| 1/31/2011 | STS Property Group LLC | Jan Management Fee & Expenses | 1616.24 |

**TOTAL OUTSIDE SOURCES DISPURSEMENTS** 1616.24

**TOTAL DISBUSEMENTS FOR QUARTERLY FEES** 4190.38

02/16/2011

## STS Property Group, LLC
## Property Management Report for: GARY D MILLER
## Report Period - 1/1/2011 - 1/31/2011

| Property | Rent Due | Rent Rec'd | Mngmt Fee | Senior Lien Pmt | Junior Lien Pmt | RE Taxes | Insurance | HOA | Professional | Repairs/Maintenance/Utilities | Description | Lease Expiration | Deposit Held |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7014 E. Holly, Scottsdale 85257 | 1190 | 0 | 100 | | | | 25 | | | 197.46 | carpet,refund,materials | vacant | 0 |
| 8601 N 103rd Ave, #276, Peoria 85345 | 750 | 0 | 100 | | | | | 20.17 | | 73.01 | water | vacant | 0 |
| 4423 S. 48th St., Tempe 85281 | 875 | 945 | 100 | | | | | | | | | 3/31/2011 | 1125 |
| 4401 S. 48th St., Tempe 85281 | 900 | 900 | 100 | | | | | | | 95 | ac repair | 10/31/2011 | 875 |
| 810 E. Colter St., #15, Phoenix 85014 | 900 | 0 | 100 | | | | | 202.8 | | | | vacant | 0 |
| 810 E. Colter St., #34, Phoenix 85014 | 825 | 0 | 100 | | | | | 202.8 | | | | vacant | 0 |
| 1330 N. 36th Dr., Phoenix 85009 | 890 | 650 | 100 | | | | | | | | | 4/30/2011 | 890 |
| 628 S. Barkley St., Mesa 85204 | 1115 | 1115 | 100 | | | | | | | | | 7/31/2011 | 225 |
| TOTALS | 7445 | 3610 | 800 | 0 | 0 | 0 | 25 | 425.77 | 0 | 365.47 | | | 3115 |

**Gross Rents Rec'd**  3,610.00

**Expenses:**
- Management fee  800.00
- Lien Payments  0.00
- Real Estate Taxes  0.00
- Insurance  25.00
- HOA  425.77
- Professional Fees  0.00
- Repairs/Maintenance  365.47
- **Total Expenses**  1,616.24
- **Net Rents**  1,993.76

**Begining Account Balance**  0.00
(Account Deficit/Reserve)

Net Rents  1,993.76
1/15 - Dispusement/Draw  2,500.00
1/28 - Draw  1,000.00
**Ending Account Balance**  -1,506.24
(Account Deficit/Reserve)

02/16/2011



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5105   TRN                         X   ST01

Uni-Statement

Account Number
▮▮▮▮▮▮▮160▮

Statement Period
Jan. 3, 201▮
through
Jan. 20, 201▮

Page 1 of ▮

```
000032106 1 AT 0.357 106481927548114 P
ESTATE OF GARY D MILLER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #11-BK-00021-CGC
9920 S RURAL RD # 108-24
TEMPE AZ 85284-4100
```



To Contact U.S. Ban▮

By Phone:   1-800-US BANK
                 (1-800-872-265▮

Telecommunications Device
for the Deaf:   1-800-685-506▮

Internet:   usbank.co▮

## INFORMATION YOU SHOULD KNOW

At U.S. Bank, we place your privacy and the security of your accounts and personal information as a top priority. As permitted by the Internal Revenue Service, to further protect your personal information, we will provide only the last 4 digits of your personal tax identification number on any IRS Form 1099-INT you may receive for this account in the future.

Effective February 14, 2011, the following fees will be increasing.
Statements with Check Images will be assessed a fee of $2 per statement cycle. Statements with Check Return will be assessed a fee of $6 per statement cycle.

Additionally, Non-U.S. Bank ATM transactions will be assessed a fee of $2.50 for each ATM transaction that occurs at a Non-U.S. Bank ATM*, including withdrawals, balance inquiries, denied transactions, funds transfers, and deposits. Unless the ATM fee is waived as part of a designated checking account or an account package waiver.

*ATMs not identified as "U.S. Bank" ATMs may assess an additional access fee. Other ATM owners may assess different surcharge fees unless the ATM it is owned by a member of the MoneyPass® ATM Network member. To find MoneyPass ATM locations, please visit www.moneypass.com.

## FREE CHECKING
U.S. Bank National Association                     Member FD▮

### Account Summary         Account Number 1▮▮▮▮▮▮▮-160▮

| | | |
|---|---|---|
| Beginning Balance on Jan. 3 | $ | 0.00 |
| Deposits / Credits | | 850.00 |
| Card Withdrawals | | 253.19- |
| **Ending Balance on Jan. 20, 2011** | **$** | **596.81** |

Number of Days in Statement Period   1▮

## Reward Program Summary

All Rewards shown are as of Jan. 20, 2011

**FlexPerks Cash Rewards Visa® Check Card**   Check Card Number: *3084

| Reward Enrollment Date | Rewards Earned Program to Date | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem |
|---|---|---|---|---|
| 01/03/2011 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Jan. 4 | Deposit | 7537123500 | $ 150.00 |
| Jan. 19 | Deposit | 7337914561 | 700.00 |

Total Deposits / Credits   $

02/16/2011



ESTATE OF GARY D MILLER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #11-BK-00021-CGC
9920 S RURAL RD # 108-24
TEMPE AZ 85284-4100

Uni-Statemer
Account Numbe
160
Statement Perioc
Jan. 3 , 201
throug
Jan. 20, 201

Page 2 of



# FREE CHECKING
U.S. Bank National Association

(CONTINUE
Account Number 160

## Card Withdrawals

| Date | Description of Transaction | | Ref Number | Amou, |
|---|---|---|---|---|
| Card Number xxxx-xxxx-xxxx- 3084 | | | | |
| Jan. 20 | Visa Purch Recur Non-PIN COX*PHOENIX COMM | On 011911 602-277-1000 AZ REF # 24692161019000993571 US1 | 9000993571 | $ 253.1 |

Card 3084 Withdrawals Subtotal  $  253.1

Total Card Withdrawals  $  253.1

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jan. 4 | 150.00 | Jan. 19 | 850.00 | Jan. 20 | 596.81 |

Balances only appear for days reflecting change.

02/16/2011